Exhibit (A)

VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Rouhlac (Last) Clarence (First) **Number:** 204171

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11/17/08 0930 | I/m to medical for Flu Vaccine. | |
| | I/m refused | [illegible] RN |
| 1/7/09 | (1) Obtain PSA level | |
| NP NOTE | (2) Clean catch UA + C&S | R Saavedra FNP |
| POP | | |
| 1400 | | |
| Addendum | (1) noted f/u MDSC for biannual | |
| 1410 | PE | R Saavedra FNP |
| | Noted by [illegible] 1/7/09 2145 | |
| PCC 9/16/05 | C. Playing basket ball and | |
| 1820 | was head-butted in mouth. | |
| BP 220/130 | [illegible] seen in medical. Noted | |
| P 92 | to have 1/2" long x 1/4" wide | |
| R | laceration under (R) lower | |
| T. 98.7 | lip. States 2 bottom teeth | |
| PO2 98 | area loose. Alert, cooper- | |
| | ative. no LOC PERRLA | |
| | Skin w/d to touch. Area | |
| | cleansed c̄ NS and | |
| | steri-strip applied c̄ dry | |
| | 4x4 covering. BP re ✓'d | |
| | 180/108. Dr. Amonette MD | |
| | notified c̄ W.O to transport | |
| | I/m to MCV. Watch | |
| | Officer Sgt. Allen & Cpt | |
| | Moore notified | [illegible] |
| | | |
| | | |
| | | |
| | | |
| | | |