Exhibit (C)

VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Rouhlac (Last) Clarence (First) **Number:** 204171

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5/16/09 0945 | Called phy c̄ I/Ms return for MCV (0500). | |
| | Phy ordered: ① Peridex 0.12% liquid - 15mL | |
| | p.o. bid x14days. | |
| | ② Vicodin 5/500mg ĪĪ p.o. q 6hr tid x 7days. | |
| | ③ Penicillin V potassium 500mg ī tab qid | |
| | x 7days. | noted [illegible] 5/16/09 0950 |
| | ④ Ensure ĪĪ p.o. tid x 7days. | |
| | T.O. DR Toney / [illegible] | [illegible] |
| 5/16/09 0600 | I/m from MCV - no s/s of distress noted | |
| late note | @ this time. Aprox 2 stitches to mouth. I/m | |
| | reported & removal of 2 to 3 teeth @ hosp. | [illegible] |
| PCC-P0P 5/18/09 | Seen re: facial lac. | |
| 0940 | Noted to have swelling (L) | |
| BP 162/94 | lower lip. No active bleeding | |
| P 100 | from laceration noted. Area | |
| Po2 98% RA | tender to touch. Stitches | |
| | intact. Area cleansed c̄ NS | |
| | and Dry drsg applied | |
| | Instructions re: wd care | |
| | given c̄ understanding verbalized | |
| | No adverse reactions to Pen VK. | |
| | noted. Education re: ↑BP | |
| | given c̄ understanding verbalized | |
| | I/m scheduled for 5/19/09 | |
| | for f/u c̄ MD | [signature] |
| | MDSC | [signature] |
| 5/19/09 1055am | C: I/m IN for f/u on BP + | |
| | facial laceration, VS 97.8-64-18 | |
| | 138/82 | [signature] |
| | | |