Exhibit (D)

# VCU Medical Center
Virginia Commonwealth University

## Emergency Department Discharge Instructions

Blue (804) 828-7123
Purple (804) 828-9111
Green (804) 828-0999
Yellow (804) 828-0996
Orange (804) 628-1932

**Name:** CLARENCE ROULHAC
**DOB:** 01/26/47 **MRN:** 1428648 **FIN:** 706800723573
**Address:** 3600 WOODS WAY STATE FARM VA 23160
**Phone:** 8045984251
**Primary Care Provider:**
**Name:** SELF MD, REFERRED, Referring MD
**Phone:** (804) 828-9999

**ED Arrival Time:** 05/23/09 19:21:00
**ED Discharge Time:** 05/23/09 23:15:52
**Chief Complaint:** possible wound infection

**Emergency Department Care Providers:**
**Primary Physician:** ED Attending
**Secondary Physician:**

VCU Health System would like to thank you for allowing us to assist you with your healthcare needs. The following pages include patient education materials and information regarding your injury/illness.

**Patient Visit Summary:**
CLARENCE ROULHAC has been given the following list of patient education materials, prescriptions and follow-up instructions:

**Patient Education Materials:**
Surgery
Delayed Wound Closure-EI

**Prescriptions:**

acetaminophen-hydrocodone (Lortab 7.5/500 500 mg-7.5 mg oral tablet); 1 tab, **route:** by mouth, **frequency:** every 6 hours, **duration:** 5 Day(s) as needed for pain (not to exceed 4000 mg acetaminophen per day)

clindamycin (clindamycin 300 mg oral capsule); 1 CAP, **route:** by mouth, **frequency:** every 6 hours, **duration:** 10 Day(s)

**Home Meds:**

**Follow-up Instructions**
CLARENCE ROULHAC has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
| --- | --- | --- |
| Oral & Maxillofacial Surgery Clinic (SOSF) | 1st Floor AD Williams Memorial Clinic; 1201 East Marshall Street; Hours: | If worsen or no improvement in 3-5 |