## *CONSULTATION REPORT*

DO NOT TELL INMATE ABOUT THEIR APPT.

***PLEASE BILL TO ANTHEM***

| | | | | | |
|---|---|---|---|---|---|
| **Sending Facility:** | PCC | | | **Date:** | 06-17-2009 |
| **Offender Name:** | Rohlac,Clarence | | | **Offender #:** | 204171 |
| **SS#:** | | **DOB:** | 01-26-~~44~~ 47 | **T/D:** | |
| **Allergies:** | | | | | |
| **Current Medications:** | | | | | |
| **Referred By:** | Dr. Kump | **Referred To:** | MCV-Oral Surgery Clinic | | |
| **Medical Complaint:** | | | | | |

#18624249

## *CONSULTING PHYSICIAN: PLEASE COMPLETE THE FOLLOWING:*

| | |
|---|---|
| **Findings:** | Laceration well healed, No signs of infection |
| **Lab or X-ray Results:** | N/A |
| **Diagnosis:** | Well healed Laceration. |
| **Treatment and Medications Recommended:** | Pt may have dentures or other restorative measures as soon as desired — if General DDS would like to cut the sutures out he or she may — or just wait for them to fall out. No Meds required, but, if desired, Peridex bid for Oral Hygiene. |
| **Restrictions:** | |
| **Consulting Physician:** | [signature] MARTIN 7725 — **Date:** 6/17/09 |
| **Follow-up appointment date and time:** | PRN. |

LK 6/18/09