IOP 863
Exhibit (F) Attachment A
Revised: November 2007

132425

# POWHATAN CORRECTIONAL CENTER
## INMATE REQUEST FORM

INMATE NAME: C. Roulhac NUMBER: 204171 BUILDING: C 2 BED: C 37

**INSTRUCTIONS:** Use this form to make a request. Submit only one issue per form. Forms with more than one request will be returned unanswered. DO NOT SUBMIT THE SAME REQUEST TO MORE THAN ONE DEPARTMENT. DUPLICATE REQUESTS MAY BE RETURNED UNANSWERED.

**SECTION ONE:** Check the unit the Inmate Request Form needs to be sent to.

☒ Main ☐ Reception ☒ PMU ☐ M Building ☐ County Jail

**SECTION TWO:** Check the Department/Area of the Inmate Request Form. Failure to indicate the department/area will result in a delay in answering your request. You must send the form through the institutional mail.

RECEIVED
JUN 30 A.M.
By

__Assistant Warden, Main
__Assistant Warden, Reception
__Chief of Security Major
__Chief of Security-Reception
__Treatment
__Chaplain
__Clothing Room
__Commissary
__Hearings Officer
__DCE
__Print School
__Food Service
__Grievance
__Inmate Accounts
__Mailroom
__Medical
__Mental Health
__Personal Property
__Records
__Recreation
__VCE
__Print Shop
__Silk Screen
__Tag Shop
__Warden
X Other: Dental

**SECTION THREE:** Write a brief and legible description of your request. Use the front side only. Do Not Send Attachments.

requesting an appointment to have a tooth pulled.

Inmate's Signature: Clarence Roulhac Date: 6-29-09 Job: Houseman

**SECTION FOUR:** Staff Response (within 15 calendar days after received in correct location).

You will be added to the waiting list.

Responding Staff: T. [signature] Date: 7-3-09

CC: Original -- Inmate
Yellow -- Responding Staff
Pink -- Inmate Retains

Request Sent to Correct Department: ☐ Yes ☐ No
Inmate Seen: ☐ Yes ☐ No

Request Routed to: ____________

Date: ____________