Exhibit (F-1)

DOC 702
Rev. 8/93

Virginia Department of Corrections

# DENTAL TREATMENT FORM

Inmate Name Rouhlac, Clarence # 204171 Date 7-24-06

Dental Classification.
_____ Class 1 - No Treatment Necessary
_____ Class 2 - Moderate Treatment Necessary
_____ Class 3 - Extensive Treatment Necessary

## Medical History

Rheumatic Fever ........ Yes (No)
Heart Disease ........ Yes (No)
Hypertension ........ Yes (No)
Diabetes ........ Yes (No)
Epilepsy ........ Yes (No)
Respiratory Disease ........ Yes (No)
Tuberculosis ........ Yes (No)

Hepatitis ........ Yes (No)
HIV ........ Yes (No)
Excessive Bleeding ........ Yes (No)
Allergies (List) ........ Yes (No)
Medications (List) ........ Yes (No)

## Existing Prosthesis

MAX F / P MAND F / P

Perio X




T.P. 24Jul06
① Restore #27
② EXT #5
③ C/P 23,24,26
Clean any Tx
I/M wants to keep 23,24,26

| DATE | FACILITY | TREATMENT | CLASS | SIGNATURE & TITLE |
|---|---|---|---|---|
| Jul24,06 | PCC | Clinical Examination,Radiographs and Medical History Reviewed,Oral Hygiene Instructions given.Cavitron scaling of remaining Mandibular teeth. Top. 2% Lidocaine 1:100k Epinephrine X 2 carpules. | | B.S. Janek DMD |
| Apr2,07 | PCC | Clinical Examination, 1 Radiograph taken, Medical History Reviewed,Oral Hygiene Instructions given.This date :Restore #27, vitreBond Acid Etched composite,(Deep) Top. 2% Lidocaine 1:100k Epinephrine X 1 carpule | | B.S. Janek DMD |
| Jul5,07 | PCC | Clinical Examination,Radiographs and Medical History Reviewed,Oral Hygiene Instructions given.This Date: Extract #14 per Tx Plan Top. 2% Xylocaine 1:100k Epinephrine X 2½ | | |

Alert ______________

Continue on Reverse