Exhibit (G)

VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Ruhlac (Last) Clarence (First) **Number:** 204171

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5-31/09 | Inmate to medical for dsg | |
| 2140 | Δ to (L) chin. ∅ drainage | |
| | noted. Area cleansed c̄ NS. | |
| | Wound packed c̄ gauze strip. | |
| | Folded 2x2 and band aid | |
| | applied. [signature] | |
| 6/1/09 0930 | Inmate to medical for dsg | |
| | change to Lt. Chin. ∅ drainage | |
| | noted. Area cleansed c̄ NS, packed | |
| | c̄ gauze strip covered c̄ | |
| | 2x2 and bandaid applied. | |
| | ∅ complaints voiced. wound closing | |
| | up nicely [signature] RN | |
| 6/15/09 1410 | NP | |
| T 98.8 | Hit in (R) lower lip c̄ softball | |
| P 70 | not infected, had packing | |
| R 20 | Lip external is closed. | |
| BP 140/84 | There are visible white | |
| wt. 160 | Sutures on L inside lower lip | |
| | Gingiva is irritated on R | |
| | gum not chewing on (R) | |
| | No. | |
| | A1.) s/p closure lip wound. | |
| | P1.) Refer to Dr Vanell - sutures need to come | |
| | out | |
| | 2.) Ensure 1 TID x14d | Noted [signature] 6/16/09 |
| | 3) MVI T PO QD x 30 d. Stephanie H | |
| RCC 9/23/09. | BP ✓ 162/102. P 78 PO₂ 98% | |
| 1008 | T 97.9 Schedule to see | |
| | MD re: BP | [signature] |