Exhibit (H)

VIRGINIA DEPARTMENT OF CORRECTIONS
**Complaint and Treatment Form (DOC 711)**

Effective Date: June 1, 2007
**Operating Procedure #720.1 Attachment #1**

**Facility:** POWHATAN CORRECTIONAL CENTER

**Offender Name:** Poulac (*Last*) Clarence (*First*) **Number:** 204171

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| PCC 9/28/09 | 62 y. old, smoke 1/2 p/day | |
| @ 9:45 AM | used to smoke 2 p/day | |
| 97.9, 88, 20 | x 30-35 yrs, coming | |
| 124/90, 97% O2 | for fluctuating | |
| 150 lbs | Blood pressure | |
| | and c/o occ. headaches | |
| . RF | ∅ SOB, ∅ CP. | |
| . Age | O. Alert. | |
| | CVS S1 S2 R | |
| | HEENT ∅ | |
| | GI Soft NT BS+ve | |
| | Ext ∅ rash. | |
| | CNS NND | |
| | Notes pt. c/o wt. loss. | |
| | A. HTN | |
| | wt. loss. | |
| | P. LFM edu given. | |
| MAR | Smoking cessation edu given. | |
| | HCTZ 12.5 PO q am. x 180 days | |
| LAB Book | CBC, CMP, UA, PSA, TSH, Lipid for file. | |
| NAC | EKG | |
| MSC | Check BP x 1 day x 3 wks. | |
| MDSC | f/u 3-4 wks | |
| LAB Book | K levels in 1wk | |
| Noted 9/28/09 1930 | V. Dickerson LP | |
| | | |
| PCC 9/30/09 | BP V - B2182 | C. Henderson LPN |
| 9/30/9 | ✓ EKG reviewed ✓ Cardiology referral | |
| | UM done, attach ✓ EKG ē | UM |