Exhibit (I)

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

RECEIVED JUL 24 A.M. By ____

Effective Date: November 1, 2007
Operating Procedure #866.1 Attachment #9

# Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

CLARENCE ROULHAC, JR. — Offender Name
#204171 — Offender Number
C2 - C37 — Housing Assignment

2009 JUL 21 AM 8:07

☐ Unit Manager/Supervisor ☐ Food Service ☐ Treatment Program Supervisor
☐ Personal Property ☐ Commissary ☐ Mailroom
☒ Medical Administrator ☐ Other (Please Specify): ____

Briefly explain the nature of your complaint (be specific):

I was being treated for a injury I received 5/15/09, while playing softball, I had surgery at M.C.V., that included instructions for medical at P.C.C. (PHS). The instructions were not followed by PHS and my injury/mouth got infected. On 5/23/09 I had to have surgery again due to the infection. After my medical treatment, to include medication, I was waiting to hear from Dr. Crump or the Head Nurse. Now they had both been replaced by other Prison Health Service Employees. I'm still getting a burning/stinging sensation in my lip and gum, and my mouth is constantly sore from eating. I haven't had a follow-up examination as of this day.

Offender Signature: Clarence Roulhac Jr. Date: July 20, 2009

**Offenders - Do Not Write Below This Line**

**Date Received:** 7-21-09 RECEIVED **PCC Tracking** 27619

**Response Due:** 8-4-09 SEP 01 2009 **Assigned to:** Medical

Ombudsman Services Unit

AUG 2009 RECEIVED REGIONAL OMBUDSMAN SERVICE

Action Taken/Response:

On 5/19/09 - MD ordered Peridex rinse twice a day x 14 days. You came to Pill line 5/19 & recieved it at 5PM. You apparently did not come the other days. The MD also ordered dressing changes daily x 5 days. You had a dressing change 5/19 but did not come again until 5/23, 5/24, 5/25 & 5/26/09. A review of nurse sick call logs do not have you scheduled other than on the above days.

RECEIVED JUL 30 2009 GRIEVANCE OFFICE

K Watson RN — Respondent Signature
K WATSON CHSA — Printed Name and Title
7/27/09 — Date

Original – Offender First Copy – File Second Copy – Offender as Intake Receipt

**INTAKE:** Informal Complaints should be accepted for logging unless returned for the following reason (s):

| | |
|---|---|
| ☐ | Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.* |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Repetitive. This issue has been addressed previously in Informal Complaint # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Informal Complaints are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original Informal Complaint for responses and appeals. |
| ☐ | Informal Complaints Filed Regarding Another Institution. This Informal Complaint is being returned to you for you to submit to: |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information before the Informal Complaint can be processed: ______________________ |

Grievance Office Designee Signature    Printed Name    Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

**I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.**

Offender Signature: ______________________ Date: ______________

Staff Witness Signature: ______________________ Date: ______________