VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Exhibit (J)

Effective Date: November 1, 2007
Operating Procedure #866.1 Attachment #2

RECEIVED
AUG 28 2009
OFFICE OF THE DIRECTOR
DEPARTMENT OF CORRECTIONS

# REGULAR GRIEVANCE

Log Number: ____________

| Roulhac, Clarence Jr. | | #204171 | C-2 | C-37 |
|---|---|---|---|---|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.)** I was being treated for a injury I received 5/15/09, while playing softball. I had surgery at M.C.V., that included instructions for medical at P.C.C., (PHS). The instructions were not followed by PHS and my injury/mouth got infected. On 5/23/09, I had to have surgery again due to the infection. After my medical treatment, to include medication I was waiting to hear from Dr. Kump or the Head Nurse Linda Ray, RN., (Nurses Tate and Carr) Now they all have been replaced by other Prison Health Service (PHS) Employees. I'm still getting a burning/stinging sensation in my lip and gum, and my mouth is constantly sore from eating. I haven't had a follow-up examination as of this day. The last appointment I had with Dr. Kump was 5/26/09, at 12:15 P.M. My mouth is permanently disfigured; my lower lip had to be stitched to my gum, because the infected area had to be cut away; the novo-caine didn't completely numb my mouth/injury during surgery because of the pus, and it was painful; I have some type of nerve damage due to the painful/sensitive area of the gum, inner lip, and bottom lip; I will need plastic surgery and gum reconstruction. Relief against PHS and the Employees for...gross negligence; intentional infliction of pain and emotional distress; medical malpractice; breach of contract; cruel and unusual punishment in violation of Section 9, Article 1 of the Constitution of Virginia; and a violation of my constitutional rights under the Eighth Amendment and the Fourteenth Amendment of the United States Constitution. I also seek compensatory and/or punitive damages of $500,000.00 dollars. Declaratory and injunctive relief, court costs, attorney fees, and all other cost incurred.

**What action do you want taken?** ____________

AUG 2009
RECEIVED
REGIONAL
OMBUDSMAN
SERVICE

**Grievant's Signature:** Clarence Roulhac Jr **Date:** 7-29-09

**Warden/Superintendent's Office:** ____________

**Date Received:** ____________

RECEIVED
SEP 01 2009
Ombudsman Services Unit

RECEIVED
JUL 30 2009
GRIEVANCE OFFICE



Revision Date: 5/29/07

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☒ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: ____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: S. Parlee Date: 7/30/09

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: R White Date: 8/20/09

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: ______ Date: ______

Staff Witness: ______ Date: ______