Exhibit (K)

RECEIVED
AUG 28 2009
OFFICE OF THE DIRECTOR
DEPARTMENT OF CORRECTIONS

8/25/09

Mr. Gene Johnson
Director: D.O.C.
6900 Atmore drive
Richmond, virginia
23226

Dear Mr. Johnson:

I'm appealing the Regional Ombudsman's decision, because the incident/occurrence I'm grieving is between June 30, 2009, thru July 30, 2009. The failure of Prison Health Service to do a follow-up examination, when I'm still having severe complications. Dr. Kump and Head Nurse Ray, RN., was replaced while I was still being treated. There were/are issues that were to be reviewed by Dr. kump in my follow-up examination such as my high blood pressure that I was told by Nurse Tate and Nurse Carr was high back in Jan./Feb., physical examination. It would have included this burning/stinging sensation I have in my lip and gum, and the sensitivity I have in my lip and gum area as if there is nerve damage that I'm experiencing right now as I speak.

The response to my Informal Complaint is not accurate. In my appeal to the Regional Ombudsman of 8/03/09, gives a day by day account of my medical activities during pill line and what medications I received, and when I received them during those periods. I saw Dr. Kump on Monday, May 18, 2009, at 10:45 A.M., and the last time I saw Dr. Kump was on Tuesday, May 26, 2009, at 12:18 P.M., and that was after my second surgery, and there was no scheduled appointment for an injury with such severity, no follow-up examination? Dr. Kump, nor Head Nurse Ray, RN., released me from treatment or nothing, these are basic medical procedures. I was just dropped when they were replaced. Now all my medical issues pertaining to my follow-up examination are being evaded by Prison Health Services.

Clarence Roulhac Jr.

Clarence Roulhac, Jr. 204174
Powhatan Correctional Center
State Farm, Virginia 23160

RECEIVED
SEP 01 2009
Ombudsman Services Unit