Exhibit (L)

RECEIVED
SEP 01 2009
Ombudsman Services Unit

8/03/09

Regional Ombudsman
10501 Trade Court
Richmond, Virginia 23236

TO WHOM IT MAY CONCERN:

I'm appealing the intake decision (P.C.C.) for not logging my Regular Grievance, denying me due proces and access to the court. My medical treatment started May 16, 2009, thru June 30, 2009. The incident/occurrence I'm grieving is between June 30, 2009, thru July 30, 2009.

I haven't had a follow-up examination since I have been off my medication, and I'm still having problems with the injury. I was just shut-off, and was denied a basic medical procedure. No-one from the Grievance Dept., spoke to me or even tried to solve this issue. The Grievance Coordinator, Ms. L. Larlee didn't investigate or speak to me concerning this issue either. I submitted my Regular Grievance July 29, 2009, it was received in the Grievance Office July 30, 2009, and I received it back on July 30, 2009.

June 30, was the end of my medical treatment for the incident of May 15, 2009. The occurrence can only be after the medical treatment stops, which was June 30, 2009. Then comes the follow-up examination to determine if further treatment is needed. I'm puzzled as to how the Grievance Coordinator based her findings! Dr. Kump and Head Nurse Ray, RN., treated me, and they have been replaced by other PHS Employees.

On July 20, 2009, I filed an Informal Complaint to the Medical Administrator concerning my follow-up examination. The information provided on July 27, 2009, by K. Watson, RN., CHSA (PHS) is incorrect, according to M.C.V., documents and my personal records from May 15, 2009, thru July 30, 2009.

**On Friday, May 15, 2009**, I was taken to M.C.V. Emergency Room. I had dental surgery performed by Dr. Durham at approximately 02:00 hours Saturday May 16, 2009. I was given medication, and instructions were sent to P.C.C. Medical (PHS), and I was returned to P.C.C., at 04:15 A.M., May 16, 2009. Nurse Tate was given the instructions, and she told me I would be going to pill line 4-times a day. I would receive 1 pain pill, 1 antibiotic pill (white pill) and 2 cans ensure 3-times a day. Went to pill line 10:30 A.M. - 5:00 P.M. - 9:30 P.M.

**On Sunday, May 17, 2009, at 04:30 A.M.**, went to pill line, received the same medication and ensure. At 10:30 A.M., went to pill line, received 1 pain pill crushed in water, 1 antibiotic (white pill) in water. Nurse Carr told me she wanted me to see Dr. Kump on Monday, because of my high blood pressure from the Jan./Feb. physical examination. At 5:10 P.M., went to pill line, received 1 pain pill, 1 antibiotic crushed in water, 2 cans ensure. At 9:45 P.M., went to pill line, received the same

AUG 2009
RECEIVED
REGIONAL
OMBUDSMAN
SERVICE