Exhibit (M)

RECEIVED
SEP 01 2009
Ombudsman Services Unit

medication and ensure.

**On Monday, May 18, 2009, at 4:15 A.M.**, went to pill line, received the same medication and ensure. At 10:45 A.M., I saw Dr. Kump, she took my vital signs. I asked Dr. Kump about my high blood pressure from Jan./Feb., examination? Dr. Kump had my medical record in her hand, but stated, "Idon't have those numbers." [Nurse tate/Carr put my blood pressure numbers in my record during the examination]. Went to pill line 5:20 P.M., and 9:30 P.M., received the same medication and ensure.

**On Tuesday, May 19, 2009, at 04:40 A.M.**, went to pill line, 10:30 A.M. - 5:30 P.M., and 9:40 P.M., received the same medication and ensure. I did not see Dr. Kump as indicated by K. Watson, RN., CHSA (PHS) on the Informal Complaint of July 20, 2009.

**On Wednesday, May 20, 2009, at 04:20 A.M.**, went to pill line and at 10:30 A.M. - 5:30 P.M., - 9:40 P.M., received same medication and ensure

**On Thursday,, May 21, 2009, at 04:35 A.M.**, went to pill line, and at 10:40 A.M. - 5:40 P.M. - 10:30 P.M., received same medication and ensure.

**On Friday, May 22, 2009, at 04:25 A.M.**, went to pill line, and at 10:30 A.M., - 5:15 P.M., - 9:45 P.M., received the same medication and ensure.

**On Saturday, May 23, 2009, at 04:45 A.M.**, went to pill line, and at 10:30 A.M., - 5:20 P.M. received same medication and ensure. I asked Nurse Carr to check my injury because of a foul odor. Nurse Carr called Dr. Ammonette, and immediately returned and told me she was making preparation for transportation for me to go to M.C.V's. Emergency Room. We arrived at M.C.V. Emergency Room Approximately 8:30 P.M. The intake Nurse took my vital signs, and I was given a M.C.V. Medical Wrist Band that stated:

**Roulhac, Clarence** **VCUHS:**
**1428648 DOB: 01/26/1947: 05/23/2009 M B 62Y** **GREN-E**
**ED MD ATTENDING** **EMER**
**ACCT: 706800723573**

Dr. Durham who had performed the first surgery (5/16/09) said, "The injury is infected," and it will have to be re-cut and stitches removed, cut-out the infected area (pus) and be restitched. Dr. Durham completed the surgery. I was returned to P.C.C., approximately 12:30 A.M., May 24, 2009. I was taken to medical with the instructions from M.C.V., and given medication and ensure.

**On Sunday, May 24, 2009, at 04:35 A.M.**, went to pill line, and the doctor (M.C.V.) had dpoubled my medication to 2 pain pills, 2 antibiotic capsules (blue), I was also placed on a soft-diet, [I only have 3 teeth in my mouth and they are at the bottom, none at the top] and for my injury/wound to be cleaned and repacked with gauzes 2 times a day by a nurse. At 10:15 A.M., went to pill line, received same medication. At 11:45 A.M., Nurse cleaned my injury, repacked it with gauze and covered it up with a band-aid. At 5:10 P.M., went to pill line, received same medication and ensure. At 9:45 P.M. went to pill line, received the same medication and ensure. At 10:35 P.M., nurse clean-

AUG 2009 RECEIVED OMBUDSMAN SERVICE