Exhibit (N)

ed, repacked hole under my lip with gauzes, covered it with gauzes and band-aid.

**On Monday 25, 2009, at 04:30 A.M.**, went to pill line, received 2 pain pills crushed in water, 2 antibiotic capsules (blue), 2 cans ensure. At 10:30 A.M., went to pill line, received 2 pain pills, 2 antibiotic capsules (blue) in water. Nurse cleaned, repacked my wound with gauze and covered it with a band-aid. At 5:15 P.M., went to pill line received same medication. At 10:05 P.M., went to pill line, received same medication and ensure. Nurse cleaned, repacked my wound with gauze and covered it with a band-aid.

**On Tuesday, May 26, 2009, at 04:45 A.M.**, went to pill line, received 2 pain pills crushed in water, 2 antibiotic capsules (blue), 1 can ensure. I asked Nurse Robinson where was the other can of ensure, she stated, they were out. (filed Informal Complaint No. 21854). At 10:30 A.M., went to pill line, received 2 pain pills crushed in water, 2 antibiotic capsules (blue). I was told I have a dental appointment. At 10:45 A.M., went to P.M.U., to dental. [The dental appointment was made by Dr. Kump based on my first dental surgery on May 16, 2009. Dr. Kump, nor the Dentist Dr. Janak was aware that I had another surgery on May 23, 2009, behind the infection]. Once the dentist received my medical record he understood why there were fresh stitches in my mouth, lip and gum. No service could be done in my mouth. I was sent back to P.C.C. Medical Dept., at 11:55 A.M. At 12:18 P.M., I was seen by Dr. Kump, she changed my bandages and reviewed the instructions from M.C.V.. At 5:05 P.M., went to pill line, received my medication and ensure. At 10:50 P.M., went to pill line, received my medication and ensure. Pill line was late being called, I had to wait until after institutional count had cleared in order to get my bandages changed on my wound/injury. At 12:45 A.M. May 27, 2009, I was taken to medical where the nurse cleaned, repacked my wound with gauze and changed the bandages.

**On Wednesday, May 27, 2009, at 04:30 A.M.**, I was awaken for pill line. At 05:30 A.M., pill line was canceled until after institutional count. At 06:45 A.M., went to pill line, received 2 pain pills crushed in water, 2 antibiotic capsules (blue) 2 cans ensure. At 10:35 A.M., went to pill line, received 2 pain pills crushed in water, 2 antibiotic capsules (blue). Doctor's appointment at 11:30 A.M., I saw Dr. Kump at 12:10 P.M., she checked my vital signs, and made a notation in my medical record. At 5:35 P.M., went to pill line, received the same medication and ensure. At 6:50 P.M., nurse cleaned, repacked my injury with gauze and covered it with band-aids. At 9:45 P.M., nurse cleaned, repacked my injury with gauze and covered it with gauze and band-aid. At 10:15 P.M., went to pill line, received same medication and ensure.

I have a daily record of my medical treatments, dental appointments, and trips to M.C.V., and M.C.V. dental Clinic. No-one from the grievance Dept., or Prison Health

AUG 2009 RECEIVED REGIONAL OMBUDSMAN SERVICE
RECEIVED
SEP 01 2009
Ombudsman Services Unit