Exhibit (O)

Services (PHS) made an inquiry into the issue being grieved. My records and M.C.V., records are on the same accord. I also noticed, no-one from P.C.C. Medical Staff (PHS) mentioned anything in there reply about a follow-up examination, when it's a basic medical procedure, nor was I scheduled by PHS, they only evaded the issue instead of trying to solve it. This is a serious medical need, and I'm still having problems with the injury. My grievance should have been investigated by both the Grievance Dept, and PHS. I should have been contacted, and the issue discussed, instead the issue was evaded.

Clarence Roulhac Jr.
Clarence Roulhac, Jr. #204171
Powhatan Correctional Center
State Farm, Virginia 23160

RECEIVED
SEP 01 2009
Ombudsman Services Unit

AUG 2009
RECEIVED
REGIONAL
OMBUDSMAN
SERVICE