Clarence Roulhac, Jr.
#1187009-C2-C37
Powhatan Corr. Ctr.
State Farm, Va. 23160

May 25, 2010

Clerk, Ms. Elizabeth H. Paret,
Eastern District of Virginia
United States District Court
307 Lewis Powell, Jr., Courthouse
1000 E. Main Street
Richmond, Virginia 23219-3525

RE: Requesting copies of Exhibits enclosed.

3:10cv408

Dear Clerk Paret,

Enclosed are the 42 U.S.C. § 1983 Forms per party (defendants), and one copy for this Court, the In Forma Pauperis Affidavit, Motion for Appointment of Counsel, and Exhibits (A) thru (O)), including the Grievance Exhaustion. I'm requesting copies of Exhibits (A) thru (O)), for plaintiff's record. The defendants have access to plainitiff's medical records.

The institutional (P.C.C.) requirements for copies violates legal confidentiality (personal information) especially pertaining to lawsuits. These requirements only provide opportunity for the reading of legal material by staff, and denying plaintiff access to the court. See attachments.

Sincerely,

Clarence Roulhac Jr.

Clarence Roulhac, Jr. #1187009
Powhatan Correctional Center
State Farm, Virginia 23160

RECEIVED
JUN 14 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

VIRGINIA DEPARTMENT OF CORRECTIONS
POWHATAN CORRECTIONAL CENTER
OFFENDER REQUEST FORM

Effective Date: July 1, 2009
**Operating Procedure# 841.F (Attachment # A)**

**OFFENDER NAME:** C. Roulhac **NUMBER:** 1187009 **BUILDING:** C2 **BED:** C37

**INSTRUCTIONS:** **Use this form to make a request. Submit only one issue per form. Forms with more than one request will be returned unanswered. DO NOT SUBMIT THE SAME REQUEST TO MORE THAN ONE DEPARTMENT. DUPLICATE REQUESTS MAY BE RETURNED UNANSWERED.**

**SECTION ONE:** **Check the unit the Offender Request Form needs to be sent to.**

X Main  Reception  PMU  M Building  County Jail

**SECTION TWO:** **Check the Department/Area of the Offender Request Form. Failure to indicate the department/area will result in a delay in answering your request. You must send the form through the institutional mail.**

RECEIVED
MAY 24 2010
3:04
OPERATIONS OFFICER

__Assistant Warden, Main
__Assistant Warden, Reception
__Chief of Security Major
__Chief of Security-Reception
__Treatment
__Chaplain
__Clothing Room
__Commissary
__Hearings Officer
__DCE
__Print School
__Food Service
__Grievance
__Offender Accounts
__Mailroom
__Medical
__Mental Health
__Personal Property
__Records
__Recreation
__VCE
__Print Shop
__Silk Screen
__Tag Shop
__Warden
X Other: Ms. Anderson Law Library Supervisor

**SECTION THREE:** **Write a brief and legible description of your request. Use the front side only. Do Not Send Attachments.**

I'm requesting 16 copies to be made of legal documents as soon as possible

Offender's Signature: Clarence Roulhac Date: 5-23-10 Job: Houseman

**SECTION FOUR:** **Staff Response (within 15 calendar days after received in correct location).**

See attached memo & form –

Responding Staff: [signature] Date: 5/24/10

CC: Original: Offender
Yellow - Responding Staff
Pink – Offender Retains

Request Sent to Correct Department: ☐ Yes ☐ No
Offender Seen: ☐ Yes ☐ No

Request Routed to:
Date:

168147



*Revision Date*

# COMMONWEALTH *of* VIRGINIA

Eddie L. Pearson
Warden

Angela D. Edmonds
Executive Secretary

*Department of Corrections*
*Division of Operations*
*Powhatan Correctional Center*
*State Farm, Virginia 23160*

Phone: (804) 598-4251
Extension – 4011

Fax: (804) 403-3202

September 12, 2008

TO: Inmate Population

FROM: Eddie L. Pearson
Warden

SUBJECT: Legal Photocopies

In accordance with IOP 867 inmate legal photocopy requests will be forwarded in writing on the Inmate Request/Informal Complaint Form to the Operations Officer.

- The request will state the following information:
  - a. Total Number of Copies Requested
  - b. Reason for copies
  - c. If the inmate is indigent.
  - d. Verifiable deadline. Note: Must show proof of deadline and include Court and Docket Number. Inmates may be required to present documentation that copies are needed for active cases or for cases, which they are preparing to file
  - e. Completed and signed copy of the **Inmate Trust System – Withdrawal Request Form** must be attached.
- **Requests not containing the above information will be returned to the inmate.**
- Accounting personnel will confirm the balance in the inmate's account for the previous 30 days.
- Once the accounting department has confirmed the inmate's account balance, the Operations Officer, PCC/Main will indicate approval on the **Inmate Trust System – Withdrawal Request Form.**
- The Institutional Ombudsman PCC/Main will then meet with the inmate to verify the request and determine the total number of copies to be made. The total number and type of copies will be itemized in writing and documented. The information will be provided to the inmate's assigned counselor, who will make the copies in a reasonable period of time, meeting all verified deadlines.
- Inmates will be required to pay .25 per page for photocopying. If the material to be photocopied is contained in a record (i.e. inmate institutional, medical, mental health, etc.) appropriate charges will be applied in accordance with OP 050.1.

  **Indigent inmates, as defined by this IOP 867, may be provided a reasonable number of copies, however a debt will be set up on his account to pay for copies.**
- Inmates may grieve denied photocopy requests according to OP 866.1, "Offender Grievance Procedure".
- Non-Legal Photocopying Requests will be handled as outlined in OP 050.1.

ELP/sbc

CC: Watch Commander's Office
Administrative Duty Officers
Housing Unit Bulletin Boards

Major Scott
S. Hughes, AMA PRCC
File