Clarence Boulhoe, Jr.
#1187009-C2-C37
Powhatan Correctional Center
State Farm, Va. 23160

UNITED STATES POSTAGE PITNEY BOWES
02 1M $ 04.90⁰
0004285184 JUN 11 2010
MAILED FROM ZIPCODE 23160

Legal Mail

RECEIVED
JUN 14 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

U.S. MARSHALS
INSPECTED

Clerk's Office
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite
Richmond, Virginia 23219-